IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ANDREA LANGE<br>Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR MEB LOAN TRUST VIII<br>Movant,<br><br>v.<br><br>ANDREA LANGE, and<br>KENNETH E. WEST, Trustee, | Bankruptcy No. 24-12403-amc<br><br>Chapter 13 |

Respondents.

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for MEB Loan Trust VIII (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and files this *Motion for Relief from the Automatic Stay* (the "Motion"), representing as follows:

THE PARTIES

1. Respondent, Andrea Lange ("Debtor") is an adult individual with a residence located at: 3324 Willits Road, Apt 8B, Philadelphia, PA 19136-1239.

2. Kenneth E. West, is the duly appointed Chapter 13 Trustee and is currently acting in such a capacity.

JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

FACTUAL BACKGROUND

4. On or about July 12, 2024, Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for MEB Loan Trust VIII holds a mortgage (the "Mortgage") on the Debtor's real property located at 6320 Brous Ave, Philadelphia, Pennsylvania 19149-3022 (the "Property"), recorded in the Office of the Recorder of Deeds for Philadelphia County, Pennsylvania, to secure a Note (the "Note") with a principal balance of $25,850.00. True and correct copies of the Mortgage, Assignment of Mortgage, and Note are attached hereto as Exhibits "A", "B" and "C", respectively.

6. NewRez LLC dba Shellpoint Mortgage Servicing services the underlying mortgageloan and note for the property referenced in this motion for "Movant". In the event the automatic stay inthis case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure actionis commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

7. Pursuant to the Note, mortgage payments are due on the 1st day of each month. As of August 25, 2026, the principal and interest mortgage payments are $372.11.

8. The Total Debt as of August 25, 2026, is $37,440.78, which includes a $25,343.28 unpaid principal balance, $11,847.50 in accrued interest, and $250.00 in fees and cost. See Exhibit "D".

9. The Debtor has failed to maintain their monthly post-petition payments. As of the date this Motion was prepared, this loan was due for August 1, 2024 – August 1, 2026 post-petition payments, for a total amount post-petition past due of $10,024.18. See Exhibit "E".

10. NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for MEB Loan Trust VIII is entitled to relief from the automatic stay for cause, due to the Debtor's failure to make monthly payments to Movant. 11 U.S.C. § 362(d)(1).

11. Within this motion, the Movant requests a waiver of Rule 4001(a)(4) to have relief effective upon entry of the Court Order.

WHEREFORE, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for MEB Loan Trust VIII respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C.§ 362(d), granting Movant relief from stay under 11 U.S.C. §1301 with respect to the property located at:6320 Brous Ave, Philadelphia, Pennsylvania 19149-3022.

Respectfully submitted,

METZ, LEWIS, BRODMAN, MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*

Dated: September 14, 2026