# Exhibit

# D

shellpoint®

Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: [redacted]

August 25, 2026

LANGE, ANDREA
6320 BROUS AVE
PHILADELPHIA, PA 19149

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: [redacted]6334
ANDREA LANGE
6320 BROUS AVE
PHILADELPHIA, PA 19149

Loan Type: HELOC

When remitting funds:

1. **YOU MUST include your loan number to ensure proper posting and provide us with the borrower's forwarding address.**
2. **This Payoff quote is effective 8/25/2026 and is good to 8/25/2026.**
   **Any transactions that occur on or after the effective date may change the payoff amount.**
3. Funds received in this office after 3:00 pm Eastern Time will be processed on the next business day, with interest charged to that date.

| **Projected Payoff Date** | **8/25/2026** |
|---|---|
| Principal Balance | $25,343.28 |
| Interest To 8/25/2026 | $11,847.50 |
| Fees | $250.00 |
| Prepayment Penalty | $0.00 |
| Release Fees | $0.00 |
| Funds owed by borrower | $0.00 |
| Funds owed to borrower | $0.00 |
| **Total Payoff** | **$37,440.78** |
| Per diem | $8.62 |

For the protection of all parties and to ensure immediate availability of funds, final mortgage Payoff must be remitted in the form of **certified funds.** Acceptable methods include: **certified check, cashier's check or wire transfer. Personal checks, business checks, and ACH payments are not accepted** for Payoff transactions.

**Wiring Instructions -**

* **Must include "Reference" information listed below if wiring funds** *

| | |
|---|---|
| Bank Name: | Citibank N.A. |
| ABA Number: | [redacted] |
| Account Number: | |
| Account Name: | Shellpoint Mortgage Servicing |
| Reference: | [redacted] LANGE |

Payoff Mailing Address
Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC 29601

**shellpoint**®

Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: [redacted]

BEWARE OF SCAMS - WE WILL NEVER ASK YOU TO USE DIFFERENT WIRING INSTRUCTIONS - IF YOU RECEIVE ANY REQUEST TO USE INSTRUCTIONS DIFFERENT THAN THESE PLEASE CALL THE TELEPHONE NUMBER LISTED AT THE TOP THIS FORM TO CONFIRM NEXT STEPS .

The next payment due date is 1/1/2023. Payments are made by Billing on a monthly basis. The interest rate for this payment is 12.25000% and the P & I payment is $372.10.

**PLEASE CALL THE NUMBER LISTED ON THIS FORM TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

If you are paying off the loan and would like to close your Home Equity Line of Credit (HELOC), please complete the signed authorization agreement included with this letter and send it to loanservicing@shellpointmtg.com or mail it to:

Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC 29601

Payoff Policy Details:

1. When remitting funds, **YOU MUST use our loan number** to ensure proper posting and provide us with the borrower's forwarding address .
2. **The Payoff total quoted above is valid to the stated good to date . Any transactions that occur on or after the issue date of this Payoff statement may change the total amount .**
3. Payoff funds are accepted Monday through Friday, excluding federal holidays, and will be effective same day if received by 3pm EST .
4. **Continue making your monthly payments until you send us the amount needed to Payoff your mortgage** to avoid late charges, adverse credit reporting, or if permitted by your loan documents, default interest charges .
   a. If you currently have your monthly payment set up on automatic withdrawal (ACH), or have any pending payments set up, drafting will continue until the loan is paid in full, at which time future drafts will automatically be cancelled .
5. **If you are due for a refund**, that refund will be issued by check on day 20 after the date the loan is paid in full.
   a. Any refunds will be sent to the mailing address we have on record for this account . If your mailing address is changing, you must contact us to provide a new address .
6. The Payoff amount is subject to our final verification once we receive the Payoff funds . **We reserve the right, except where prohibited, to correct any portion of this statement at any time .**
7. **If the amount we receive is insufficient to Payoff this loan, we may use funds in the escrow balance to cover the short Payoff.**
8. We will pay all escrowed items, including hazard and flood insurance and taxes, from your escrow account as normally scheduled up to the date we receive the Payoff funds .
   a. You or your closing agent (if applicable) will need to request a refund from the appropriate tax authority or insurance company for any duplicate tax or insurance payments .
   b. Any existing lender-placed property insurance premium will be cancelled upon account Payoff, and any related unearned premiums will be refunded .
9. Once the loan is paid in full, the appropriate security instrument will be released as follows :
   a. Real Property: a Release is recorded with your county and a copy will be sent to you once returned from the county, usually within 30-90 days, dependent upon state/county processing times .
   b. Personal Property: a Tile Lien Cancellation or UCC3 Termination will be sent to the mailing address we have on record for this account within 30-90 days .

shellpoint®

Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: [redacted]

**IMPORTANT: Update Your Mailing Address for Tax Documentation**

*"To ensure timely delivery of your tax documents related to your mortgage, please verify, and update your mailing address in your online account. To do so, sign into your account at myaccount.shellpointmtg.com and go to your dashboard. Then, click on the "down" arrow beside your profile icon and select My Profile. Here you can update your address and phone number. We encourage you to update your personal information whenever anything changes."*

shellpoint®

Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: [redacted]

**ANDREA LANGE - Loan ID** [redacted]

## FEE DETAILS

| Description | Amount |
|---|---|
| BK Costs | $250.00 |
| | **$250.00** |

shellpoint®

Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: [redacted]

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is [redacted]

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

shellpoint®

Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: [redacted]

August 25, 2026

ANDREA LANGE
6320 BROUS AVE
PHILADELPHIA, PA 19149

Loan Number: [redacted]
Property Address: 6320 BROUS AVE
PHILADELPHIA, PA 19149

**Please complete and return the included authorization agreement so we can close your Home Equity Line of Credit.**

Dear Homeowner(s):

You recently requested that we close your Home Equity Line of Credit (HELOC), but we need a signed authorization agreement from you to complete this task. **Please complete the authorization agreement** included with this letter and send it to loanservicing@shellpointmtg.com or mail it to:

Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC 29601

We will close the line of credit after we receive your signed authorization form.

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact our Customer Care Team at **800-365-7107**.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,
Customer Care Team
Shellpoint Mortgage Servicing

shellpoint®

Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: [redacted]

**AUTHORIZATION TO CLOSE LINE OF CREDIT**

I/We agree that the line of credit account mentioned below is to be closed upon the bank's receipt and processing of this signed authorization.

I/We also understand that the right to obtain advances is terminated and no further checks or automatic deductions will be honored or applied to the line of credit.

This letter does not relieve me/us from any liability for any unpaid balance that I/we owe on the line of credit, including any balances that may result from the reversing of prior payments, preauthorized transactions made after the closing has been processed, or checks paid prior to closing.

**Account Number:** [redacted]

**Signature:** ____________________________________________ **Date:** ________________

ANDREA LANGE

**Signature:** ____________________________________________ **Date:** ________________

**Change Requested By (Print Name):** ____________________________ **Date Requested:** ________

Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC 29601