# Exhibit

# E

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| Claim #19 DPP | | | | | |
| 8/1/2024 | | | $485.70 | $ (485.70) | $ (485.70) |
| 9/1/2024 | | | $485.70 | $ (485.70) | $ (971.40) |
| 10/1/2024 | | | $477.08 | $ (477.08) | $ (1,448.48) |
| 11/1/2024 | | | $485.70 | $ (485.70) | $ (1,934.18) |
| 12/1/2024 | | | $423.32 | $ (423.32) | $ (2,357.50) |
| 1/1/2025 | | | $426.09 | $ (426.09) | $ (2,783.59) |
| 2/1/2025 | | | $426.09 | $ (426.09) | $ (3,209.68) |
| 3/1/2025 | | | $428.92 | $ (428.92) | $ (3,638.60) |
| 4/1/2025 | | | $431.82 | $ (431.82) | $ (4,070.42) |
| 5/1/2025 | | | $372.11 | $ (372.11) | $ (4,442.53) |
| 6/1/2025 | | | $372.11 | $ (372.11) | $ (4,814.64) |
| 7/1/2025 | | | $372.11 | $ (372.11) | $ (5,186.75) |
| 8/1/2025 | | | $372.11 | $ (372.11) | $ (5,558.86) |
| 9/1/2025 | | | $372.11 | $ (372.11) | $ (5,930.97) |
| 10/1/2025 | | | $372.11 | $ (372.11) | $ (6,303.08) |
| 11/1/2025 | | | $372.11 | $ (372.11) | $ (6,675.19) |
| 12/1/2025 | | | $372.11 | $ (372.11) | $ (7,047.30) |
| 1/1/2026 | | | $372.11 | $ (372.11) | $ (7,419.41) |
| 2/1/2026 | | | $372.11 | $ (372.11) | $ (7,791.52) |
| 3/1/2026 | | | $372.11 | $ (372.11) | $ (8,163.63) |
| 4/1/2026 | | | $372.11 | $ (372.11) | $ (8,535.74) |
| 5/1/2026 | | | $372.11 | $ (372.11) | $ (8,907.85) |
| 6/1/2026 | | | $372.11 | $ (372.11) | $ (9,279.96) |
| 7/1/2026 | | | $372.11 | $ (372.11) | $ (9,652.07) |
| 8/1/2026 | | | $372.11 | $ (372.11) | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| | | | | $ - | $ (10,024.18) |
| 25 | 0 | $0.00 | $10,024.18 | $ (10,024.18) | |

| | |
|---|---|
| Loan Number | 6344 |
| Debtor | Andrea Lange |
| BK filed date | 7/12/2024 |
| BK Case # | 24-12403 |
| Loan Acquired | |
| Post Next Due | 8/1/2024 |
| Suspense | $ |

| Due Date | P&I | IR | Escrow | Total | Filed w/Courts |
|---|---|---|---|---|---|
| 8/1/2024 | $ 485.70 | 12.250% | $0.00 | $ 485.70 | 9/19/2024 |
| 10/1/2024 | $ 477.08 | 12.250% | $0.00 | $ 477.08 | |
| 11/1/2024 | $ 485.70 | 12.250% | $0.00 | $ 485.70 | |
| 12/1/2024 | $ 423.32 | 12.250% | $0.00 | $ 423.32 | |
| 1/1/2025 | $ 426.09 | 12.250% | $0.00 | $ 426.09 | |
| 3/1/2025 | $ 428.92 | 12.250% | $0.00 | $ 428.92 | |
| 4/1/2025 | $ 431.82 | 12.250% | $0.00 | $ 431.82 | |
| 5/1/2025 | $ 372.11 | 12.250% | $0.00 | $ 372.11 | 1/28/2025 |
| | | | | $ - | |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 8/1/2024 | $485.70 | 2 | $ 971.40 |
| 10/1/2024 | $477.08 | 1 | $ 477.08 |
| 11/1/2024 | $485.70 | 1 | $ 485.70 |
| 12/1/2024 | $423.32 | 1 | $ 423.32 |
| 1/1/2025 | $426.09 | 2 | $ 852.18 |
| 3/1/2025 | $428.92 | 1 | $ 428.92 |
| 4/1/2025 | $431.82 | 1 | $ 431.82 |
| 5/1/2025 | $372.11 | 15 | $ 5,953.76 |
| | | | $ - |
| | | | $ - |
| | | | $ |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 10,024.18 |
| | | Less Unapplied | $ - |
| | | Total to bring current | $ 10,024.18 |

| | | |
|---|---|---|
| $ | 10,024.18 | |
| $ | (10,024.18) | |
| $ | - | unapplied |

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 650840
Dallas, TX 75265-0840

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn: Payment Processing
75 Beattie Place Ste LL202
Greenville, SC 29601