**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Andrea Lange<br>*Debtor*. | : Bankruptcy No. 24-12403-AMC<br>: Chapter 13 |
| Citigroup Mortgage Loan Trust 2022-RP3<br>*Movant*,<br>vs.<br>Andrea Lange<br>*Debtors/Respondents,*<br>and<br>Kenneth E. West, Esquire,<br>*Trustee/Respondent.* | : |

**THIRD CERTIFICATION OF DEFAULT**

AND NOW, comes secured Creditor, Citigroup Mortgage Loan Trust 2022-RP3 (“Movant”) by and through its counsel, Hladik, Onorato & Federman, LLP, and files this Certification of Default to obtain an order for Relief from the Automatic Stay due to Debtors’ failure to comply with the terms of the Stipulation resolving a Motion for Relief from Stay, and avers the following:

1. On May 9, 2025, the attached Stipulation (the “Stipulation”) was approved by the Court. See Exhibit “A” attached.

2. Debtor did not continue to make the post-petition payments as required by the Stipulation. Pursuant to paragraph 5 of the Stipulation, “Debtor’s opportunity to cure any default shall be limited to two (2) occurrences. Upon the third occurrence, Creditor may file a Certification of Default with the Court without notice to Debtor or Debtor’s counsel”. Debtor has defaulted, for the third time, on the Stipulation.

3. As of the date of the filing of this Certification of Default, Movant has not received the following payments:

| | |
|---|---|
| Regular Monthly Payments<br>(August 1, 2026, through October 1, 2026 at $810.51 each)……………………………….. | $2,431.53 |
| Attorney fees for Certification of Default……………………………………………………... | $250.00 |
| Suspense Balance……………………………………………………………………………… | ($803.01) |
| **TOTAL POST-PETITION ARREARS……………………………………………………..** | **$1,878.52** |

WHEREFORE, Movant respectfully requests this Honorable Court ORDER that Movant be granted Relief from the Automatic Stay.

Respectfully Submitted:

/s / Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com

Date: October 8, 2026