| **Fill in this information to identify the case:** |
|---|
| Debtor 1     Andrea Lange |
| Debtor 2 |
| United States Bankruptcy Court for the: Eastern District of Pennsylvania |
| Case number :    24-12403-amc |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **MEB Loan Trust VIII** | **Court claim no.** (if known): | **19** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **6334** | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

**Part 1:** Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | | Dates incurred | Amount |
|---|---|---|---|
| Late Charges | | | $0.00 |
| Non-sufficient funds (NSF) fees | | | $0.00 |
| Attorney Fees | | | $0.00 |
| Filing fees and court costs | | | $0.00 |
| Bankruptcy/Proof of claim fees | Proof of Claim | 09/19/2024 | $475.00 |
| Appraisal/Broker`s price opinion fees | | | $0.00 |
| Property Inspection Fees | | | $0.00 |
| Tax Advances (Non-Escrow) | | | $0.00 |
| Insurance Advances (Non-Escrow) | | | $0.00 |
| Property preservation expenses. Specify: | | | $0.00 |
| Other. Specify: Plan Review Fees | Plan Review | 09/03/2024 | $475.00 |
| Other. Specify: 410A Fee | Loan Payment History | 09/19/2024 | $250.00 |
| Other. Specify: Objection to Confirmation | | | $0.00 |
| Other. Specify: | | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Andrea            Lange</u>                    Case Number: <u>24-12403-amc</u>
        First Name    Middle Name    Last Name

**Part 2:**  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Joshua I. Goldman</u>                                              Date <u>11/07/2024</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Joshua I. Goldman | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In Re;**

**Andrea Lange**   Case No.: 24-12403-amc

**Debtor(s)**   Chapter: 13

**CERTIFICATE OF SERVICE**

I, hereby certify that on 11/07/2024, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
Andrea Lange
3324 Willits Road, Apt 8B
Philadelphia, PA 19136-1239

By Electronic Mail

Attorney for Debtor
BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Trustee
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

US Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

/s/ Joshua I. Goldman
Joshua I. Goldman