| Fill in this information to identify the case: |
|---|
| Debtor 1 <u>Andrea Lange</u> |
| Debtor 2<br>(Spouse, if filing) |
| United States Bankruptcy Court for the Eastern District of PENNSYLVANIA |
| Case number <u>24-12403-amc</u> |

**Official Form** 410S1

# Notice of Mortgage Payment Change 12/25

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** MEB Loan Trust VIII                    **Court claim no.** (if known): 19

| **Last 4 digits** of any number you use to identify the debtor's account: 6334 | **Date of payment change: 1/1/2026**<br>Must be at least 21 days after date of this notice |
|---|---|
| | **New total payment $372.11**<br>Principal, interest, and escrow if any<br>*For HELOC payment amounts, see Part 3* |

### Part 1:   Escrow Account Payment Adjustment

**1.  Will there be a change in the debtor's escrow account payment?**
☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

| **Current escrow payment:** | **New escrow payment** |
|---|---|

### Part 2:   Mortgage Payment Adjustment

**2.  Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

| **Current interest rate:** % | **New interest rate:** % |
|---|---|
| **Current principal balance and interest payment:** | **New principal and interest payment:** |

### Part 3:   Annual HELOC Notice

**3.  Will there be a change in the debtor's home-equity line of credit (HELOC) payment for the year going forward?**
☐ No
☒ Yes.
   Current HELOC Payment $485.70

   Reconciliation Amount  +  $0.00 or

                                       - $0.00

Debtor 1    <u>Andrea         Lange</u>                Case number (if known) <u>24-12403-amc</u>
            First Name  Middle Name  Last Name

|  |  |
|---|---|
| **Amount of Next payment (Including reconciliation amount)** | **$372.11** |
| **Amount of the new payment thereafter(without reconciliation amount)** | **$372.11** |

| **Part 4:** | **Other payment change** |
|---|---|

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (Court approval may be required before the payment change can take effect.)

Reason for change:

| **Current mortgage payment: $_____** | **New mortgage payment: $_____** |
|---|---|

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and Print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Aleksandra Fugate                    Date: 01/28/2026

Print: Aleksandra Fugate                       Title: Secured Creditor's Authorized Agent

Company: Hill Wallack LLP

Address: 261 Madison Avenue, 9th Floor

New York, NY 10016
City    State    Zip Code

Contact: (929) 295-7874                        Email: afugate@hillwallack.com

Official Form 410S1          **Notice of Mortgage Payment Change**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of January, 2026, a copy of the foregoing Notice of Payment Change was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

**VIA CM/ECF ELECTRONIC NOTICE**

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
**Debtor Attorney**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
**Trustee**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**U.S. Trustee**

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

Andrea Lange
3324 Willits Road, Apt 8B
Philadelphia, PA 19136-1239
**Debtor**

By: /s/ Christina Constanza
Christina Constanza
Hill Wallack LLP

Official Form 410S1    **Notice of Mortgage Payment Change**